915 F.2d 1404
 60 Fair Empl.Prac.Cas. 418, 2 A.D. Cases 295
 Daryl A. MILLER, Plaintiff-Appellant,
v.
AT & T NETWORK SYSTEMS, an AT & T Technologies, Inc., Group,
Defendant-Appellee.
 No. 89-35783.
 United States Court of Appeals,
Ninth Circuit.
 Submitted July 26, 1990.
Decided Oct. 18, 1990.
 
 James M. Brown, Enfield, Guimond & Brown, Salem, Or., for plaintiff-appellant.
 Jeffrey M. Batchelor, Spears, Lubersky, Bledsoe, Anderson, Young & Hilliard, Portland, Or., for defendant-appellee.
 Appeal from the United States District Court for the District of Oregon.
 Before GOODWIN, Chief Judge, NELSON and LEAVY, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment of the district court and adopt its opinion published in 722 F.Supp. 633 (D.Or.1989).
 
 
 2
 AFFIRMED.